**DISMISS and Opinion Filed February 3, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00677-CV**

**TOMMY LEE JERNIGAN, Appellant**
**V.**
**MARIA E. ALVAREZ, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-02636-B**

**MEMORANDUM OPINION**

Before Justices Pedersen, III, Goldstein, and Smith
Opinion by Justice Smith

Appellant's brief in this case is overdue. By postcard dated January 7, 2022, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file his brief by that time might result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* Tex. R. App. P. 38.8(a)(1); 42.3(b), (c).

/Craig Smith/
CRAIG SMITH
JUSTICE

210677F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

TOMMY LEE JERNIGAN,
Appellant

No. 05-21-00677-CV      V.

MARIA E. ALVAREZ, Appellee

On Appeal from the County Court at
Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-21-02636-
B.
Opinion delivered by Justice Smith.
Justices Pedersen, III and Goldstein
participating.

    In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered February 3, 2022